Submitted on record and briefs August 9, affirmed August 30, 1976

BARNES, *Petitioner,*
*v.*
EMPLOYMENT DIVISION et al, *Respondents.*
(No. 76-4076, CA 6153)
553 P2d 376

John M. Barnes, Scappoose, filed the brief pro se for petitioner.

Lee Johnson, Attorney General, W. Michael Gillette, Solicitor General, and Kevin L. Mannix, Assistant Attorney General, Salem, filed the brief for respondent Employment Division.

No appearance for respondent Scappoose School District No. 1-J, Columbia County, Oregon.

Affirmed. *Gollender v. Morgan,* 17 Or App 104, 520 P2d 453 (1974).

PER CURIAM.